**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JOSE DEJESUS,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL RAMIREZ, JOSHUA ARMISTEAD, CHRISTOPHER J. FENNESSY, DAVID ZANNELLI, RENEE DOMINGUEZ, WALMART INC., WALMART STORES EAST, LIMITED PARTNERSHIP, CITY OF NEW HAVEN,<br><br>Defendants. | Civil No.: 3:19-cv-00225-SRU |

**JUDGMENT**

This matter came on for consideration on the defendants' motion for summary judgment before the Honorable Stefan R. Underhill, United States District Judge. On April 15, 2025, the plaintiff voluntarily dismissed all claims against defendants Renee Dominguez and Joshua Armistead. On January 19, 2026, the plaintiff voluntarily dismissed all claims against defendants Rafael Ramirez, Christopher J. Fennessy, David Zannelli, and the City of New Haven.

Following oral argument on April 16, 2026, and having considered the full record of the case, the Court entered its ruling on the motion to dismiss on the record, granting the defendant's motion for summary judgment for the reasons stated on the record. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the defendants, WALMART INC. and WALMART STORES EAST, LIMITED PARTNERSHIP, against the plaintiff, JOSE DEJESUS, and the case is closed.

Dated at Bridgeport, Connecticut, this 16th day of April 2026.

DINAH MILTON KINNEY, Clerk

By: /s/ Julia Reis
Deputy Clerk

EOD: 4/16/2026